Debora A. **STUBITS**, Administratrix of the Estate of Richard F. Dombrowski

v.

**GOLDEN GATE NATIONAL SENIOR CARE, LLC**; GGNSC Erie Western Reserve, LP, d/b/a Golden Living Center–Western Reserve; GGNSC Holdings, LLC; GGNSC Equity Holdings, LLC; GGNSC Administrative Services, LLC; GGNSC Clinical Services, LLC; Golden Gate Ancillary LLC; GPH Erie Western Reserve LLC; GGNSC Erie Western Reserve GP LLC; Elizabeth Kachel, Nha; Denise Curry, RVP; Millcreek Community Hospital; Millcreek Health System

Petition of: Golden Gate National Senior Care, LLC; GGNSC Erie Western Reserve, LP, d/b/a Golden Living Center–Western Reserve; GGNSC Holdings, LLC; GGNSC Equity Holdings, LLC; GGNSC Administrative Services, LLC; GGNSC Clinical Services, LLC; Golden Gate Ancillary LLC; GPH Erie Western Reserve LLC; GGNSC Erie Western Reserve GP LLC; ELIzabeth Kachel, Nha; Denise Curry, RVP

No. 250 WAL 2016

Supreme Court of Pennsylvania.

November 17, 2016

**ORDER**

PER CURIAM

**AND NOW**, this 17th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED**. This matter is **REMANDED** for proceedings consistent with the decision in *Taylor v. Extendicare Health Facilities, Inc.*, 147 A.3d 490, 2016 WL 5630669 (Pa. 2016).